1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 MARCOS MIGUEL RANGEL, | Case No. 5:21-cv-00466-DMG-AFM |
| 12 Plaintiff, | |
| 13 v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| 14 CALIFORNIA REHABILITATION CENTER, et al., | |
| 16 Defendants. | |

17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and

19 Recommendation of United States Magistrate Judge and has engaged in a <u>de</u> <u>novo</u>

20 review of those portions of the Report to which Plaintiff has objected. The Court

21 accepts and adopts the Magistrate Judge's Report and Recommendation.  The Court

22 also denies Plaintiff's request for appointment of counsel because he has failed to

23 show a likelihood of success on his claims or extraordinary circumstances. *See, e.g.,*

24 *Agyeman v. Corrs. Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004) (decision

25 to appoint counsel is within "the sound discretion of the trial court and is granted

26 only in exceptional circumstances") (internal quotation marks omitted).

27 ///

28 ///

1        IT THEREFORE IS ORDERED that Judgment be entered (1) dismissing the

2    First Amended Complaint without further leave to amend, and (2) dismissing this

3    action with prejudice for failure to state a claim.

4

5    DATED:  December 20, 2021

6

7    _____

8                DOLLY M. GEE
          UNITED STATES DISTRICT JUDGE