JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS MIGUEL RANGEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA REHABILITATION CENTER, et al.,<br><br>　　　　　Defendants. | Case No. 5:21-cv-00466-DMG-AFM<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that (1) the First Amended Complaint is dismissed without further leave to amend, and (2) the action is dismissed with prejudice.

DATED: December 20, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE